# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRINGO'S MARISCOS AND BEER, a business of unknown form; VICTORVILLE HOLDINGS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 18-6456-DMG (MRWx)<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [24]** |

1 | After consideration of the parties' Joint Stipulation for Dismissal of the
2 | Entire Action with Prejudice, the Court hereby enters a dismissal with prejudice of
3 | Plaintiff's Complaint in the above-entitled action, in its entirety. The parties shall
4 | bear their own respective costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 13, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE